Erie R. Co., 139 App. Div. 291, 123 N. Y. Supp. 1040.

BURR, J., dissents.

O'BRIEN, Appellant, v. UNITED ELECTRIC LIGHT & POWER CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Michael O'Brien against the United Electric Light & Power Company, impleaded with others. M. Sulzberger, for appellant. W. L. Glenney, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. Order filed.

OFFERMAN, Respondent, v. KOHNER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by John Offerman against Frances Ray Kohner, impleaded with Jacob A. Kohner. No opinion. Judgment affirmed, with costs.

O'HERN v. LUDOWICI–CELADON CO. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Harold A. O'Hern, by Mary E. McGee, his guardian ad litem, against the Ludowici-Celadon Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. .

SPRING and KRUSE, JJ., dissent, upon the ground that the evidence presented questions of fact for the jury.

OHL v. GILLETTE ICE MACH. CO. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Philipp Ohl against the Gillette Ice Machine Company. No opinion. Motion granted, with $10 costs. Order filed.

O'LEARY, Respondent, v. VILLAGE OF CLAYTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by John O'Leary against the Village of Clayton. No opinion. Judgment and order affirmed, with costs.

OLSEN, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Emma Olsen against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence.

McLENNAN, P. J., and KRUSE, J., dissent.

O'NEILL, Respondent, v. MALTBY et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 23, 1912.)

Action by Katherine O'Neill, an infant, by John J. O'Neill, her guardian ad litem, against Douglas F. Maltby and Peter Small, as copartners, etc. No opinion. Order affirmed, with $10 costs and disbursements.

ONTARIO KNITTING CO., Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by the Ontario Knitting Company against the State of New York. No opinion. Motion denied. See, also, 131 N. Y. Supp. 918.

OPPENHEIMER, Respondent, v. VAN RAALTE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Louis Oppenheimer against Emanuel Van Raalte and others. G. C. Sommerich, for appellants. E. H. Sykes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 131 N. Y. Supp. 1132.

ORAFINA, Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Angelo Orafina, as administrator, against the New York State Railways.

PER CURIAM. Motion to amend decision (132 N. Y. Supp. 784) denied, with $10 costs.

ROBSON, J., not sitting.

OSBORN, Respondent, v. PERRY, Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Frank H. Osborn, as attorney in fact, etc., against Eugene F. Perry, as attorney in fact, etc. W. B. Ellison, for appellant. W. P. Barker, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

PACKARD et al. v. BRITTAN et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Nathan J. Packard and others against Thomas J. Brittan, judgment debtor, and the Metropolitan Trust Company, as substituted trustee. E. S. Frith, for appellant. J. Rosenzweig, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

McLAUGHLIN, J., dissents.

In re PADDOCK. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of George F. Paddock, an alleged incompetent person.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Appeal to Court of Appeals granted. 131 N. Y. Supp. 1132.

ROBSON, J., dissents.

WILLIAMS, J., not sitting.